158 A.3d 19

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DANIEL KEITH JACKSON, DEFENDANT–APPELLANT.

April 5, 2017

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.

158 A.3d 19

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. SULAIMAN MASSAQUOI, DEFENDANT–APPELLANT.

April 5, 2017

ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.